# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

## HONORABLE KENNETH A. MARRA

---

CASE NO: 15-80049-CR DATE: 2/22/17

CLERK Irene Ferrante REPORTER Stephen Franklin

UNITED STATES OF AMERICA vs Solomon Melgen

AUSA Carolyn Bell DEFENSE CSL Matthew Menchel
USPO Roger Stefin and Alex Chase INTERPRETER Kirk Ogrosky Josh Shepton

TYPE OF HEARING Status on pending motions

RESULT OF HEARING: Parties to meet Monday and agree on cause challenges for jury.
Status 3/2/17 @ 10:00am
- pending motions DE 245, 246
- obj to witness list - resolved
Arguments held on pending motions in limine. DE's 189-204
Court requests parties file admitted exhibits weekly.
Trial length - 6 weeks - NO FRIDAYS
COURTROOM #1